150

## WILLIAMS v. C. TURNER et al.

Supreme Court.   May 5, 1797.

*Wilson's Red Book, 170.*

PER CURIAM.   The referees had no authority to act until the reference was entered of record and certified to be so.

The proceedings entirely quashed.